UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MCRAY BENNETT, | No. 3:10-CV-3775 SBA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| M. BUTTON, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of McRay Bennett, inmate no. D-38373, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 9, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of McRay Bennett, inmate no. D-38373, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 9:00 am. on February 14, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bennett v. Button, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  January 9, 2014

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
     Administrative Law Clerk

Dated:  January 9, 2014

_____
NANDOR J.
United States



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MCRAY BENNETT, | No. 3:10-CV-3775 SBA (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| M. BUTTON, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 9, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

McRay Bennett
D-38373
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

Litigation Coordinator
Kern Valley State Prison
PO Box 6000
Delano, CA  93216-6000

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3