UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCRAY BENNETT,<br><br>        Plaintiff,<br><br>   v.<br><br>M. BUTTON, et al.,<br><br>        Defendants. | Case No. 10-cv-03775-SBA  (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on February 14, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X)  Plaintiff, Pro Se

   (  )  Warden or warden's representative

   (  )  Office of the California Attorney General

   (X )  Other:  Defense Counsel, Matthew Roman and Patricia Lee for CDCR

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X)  The case has been completely settled.  A status conference is scheduled for the next civil law and motion date, thirty days out.

   (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: February 18, 2014

4   _____

5   NANDOR J. VADAS
    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California