1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  MATTHEW W. ROMAN (SBN 267717)
   mroman@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  CORRECTIONAL OFFICER M. BUTTON, CORRECTIONAL
   OFFICER M. GONZALEZ, LT. R.A. KESSLER, and
8  CORRECTIONAL OFFICER D. VEGA

9

10                        UNITED STATES DISTRICT COURT

11                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

| McRAY BENNETT, | Case No.: 4:10-cv-03775-SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| C/O M. BUTTON, C/O M. GONZALEZ, SGT. S. DEATHRIAGE, LT. W. SHOWALTER, C/O D.D. VEGA, LT. R.A. KESSLER, LVN J.C. IVEY. | Action Filed:   August 25, 2010 |
| Defendants. | |

21     Defendants CORRECTIONAL OFFICER M. BUTTON, CORRECTIONAL OFFICER M.

22  GONZALEZ, LT. R.A. KESSLER, and CORRECTIONAL OFFICER D. VEGA, by and through

23  their counsel, MATTHEW ROMAN of Andrada & Associates, and Plaintiff, MCRAY BENNETT, in

24  pro se, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

25  ///

26  ///

27  ///

28  ///

                                        1

1  IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with
2  prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
3  IT IS FURTHER STIPULATED that each party shall bear its own costs.

5  Date:   February 24, 2014                              MCRAY BENNETT

7                                                          */s/ M. Bennett*
                                                         By _____
8                                                             MCRAY BENNETT

10  Dated: February 28, 2014                             ANDRADA & ASSOCIATES

12                                                         */s/ Matthew Roman*
                                                         By _____
13                                                            MATTHEW ROMAN
                                                              Attorneys for Defendants

15  Plaintiff MCRAY BENNETT's claims against Defendants CORRECTIONAL OFFICER M.
16  BUTTON, CORRECTIONAL OFFICER M. GONZALEZ, LT. R.A. KESSLER, and
17  CORRECTIONAL OFFICER D. VEGA are HEREBY DISMISSED WITH PREJUDICE pursuant to
18  the stipulation between the parties.

20  IT IS SO ORDERED.

22  DATED:  3/7/14

23                                                         _____
24                                                         HONORABLE SAUNDRA BROWN ARMSTRONG